UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FIRST VAGABONDS CHURCH OF GOD, BRIAN NICHOLS, ORLANDO FOOD NOT BOMBS, RYAN SCOTT HUTCHISON, BENJAMIN B. MARKESON, ERIC MONTANEZ and ADAM ULRICH,**

        Plaintiffs,

-vs-                                    Case No.  6:06-cv-1583-Orl-31KRS

**CITY OF ORLANDO, FLORIDA,**

        Defendant.
_____

## PLAINTIFF EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 10/31/08 | 10/31/08 | Jacqueline Dowd | No | Declaration of Jacqueline Dowd |
| 1a | 10/31/08 | 10/31/08 | Jacqueline Dowd | No | billing records for Jacqueline Dowd for October 2008 |
| *1b | 10/31/08 | | Jacqueline Dowd | No | retainer agreement |
| 2 | 10/31/08 | 10/31/08 | Glenn Katon | no | Declaration of Glenn Katon |
| 2A | 10/31/08 | 10/31/08 | Glenn Katon | no | billing records for Glenn Katon for October 2008 |
| 3 | 10/31/08 | 10/31/08 | Randall Marshall | No | Declaration of Randall Marshall in support of motion for atty fees |
| 3A | 10/31/08 | 10/31/08 | Randall Marshall | No | billing records for Randall Marshall for October 2008 |

| 3B | 10/31/08 | 10/31/08 | Randall Marshall | No | Revised Cost & Expenses |
|---|---|---|---|---|---|
| 4 | 10/31/08 | 10/31/08 | James K. Green | No | Declaration of James K. Green in support of atty fees |
| 5 | 10/31/08 | 10/31/08 | Randall Marshall | No | Documents submitted by City of Orlando in connection to atty fees |
| 6 | 10/31/08 | 10/31/08 | Scott Gabrielson | No | Affidavit of Bruce B. Blackwell, Esquire (Doc. No. 69-3 filed in 6:06-Cv-404-Orl-22UAM) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**\*Will be provided by counsel and filed UNDER SEAL.**